UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:

Joseph Tackett
Joan Tackett

Debtor(s).

Case No.: 08-33339
Chapter 13
Judge Lawrence S. Walter
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1.　To the best of the Movant's knowledge, a check number 4213911 in the amount of $6,569.28 and check number 4213912 in the amount of $12,147.84 were issued to The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2003-1("Creditor") c/o Caliber Home Loans, Inc.

2.　To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3.　The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City OK 73134
EIN 13-4131491

4.　The Movant did not receive the check or did not negotiate the check for the following reason(s):
Movant did not receive check.

5.　Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6.　Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

12-008535_SCS2

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2003-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact

_____
Movant's signature

Isabel Melendez
Movant's printed name
Default Service Officer

SUBMITTED BY:

/s/ James E. Tebbutt
James E. Tebbutt (0084830)
Stacey A. O'Stafy (0070386)
Mary E. Krasovic (0085380)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: jet@manleydeas.com
Attorneys for Creditor

12-008535_SCS2

# NOTICE OF MOTION

The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2003-1has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

United States Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

Jeffrey Kellner
131 N. Ludlow Street
Suite 900
Dayton, OH  45402-1161

James E. Tebbutt
P.O. Box 165028
Columbus, OH 43216-502

Joseph Tackett
Joan Tackett
1462 S Belmont Avenue
Springfield, OH  45505

Joseph Tackett
Joan Tackett
1462 Belmont Ave
Springfield, OH  45505

Lester Thompson
1340 Woodman Drive
Dayton, OH  45432

12-019104_SCS2

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee
Southern District of Ohio
Party of Interest
170 North High Street, #200
Columbus, OH  43215

Jeffrey M. Kellner
131 North Ludlow Street
Suite 900
Dayton, OH  45402
ecfclerk@dayton13.com

Lester R. Thompson
Attorney for Joseph Tackett and Joan Tackett
1340 Woodman Drive
Dayton, OH  45432
tdbklaw@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid on August 20, 2013:

Joseph Tackett
Joan Tackett
1462 S Belmont Avenue
Springfield, OH  45505

Joseph Tackett
Joan Tackett
1462 Belmont Ave
Springfield, OH  45505

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

/s/ James E. Tebbutt
James E. Tebbutt

12-019104_SCS2